Key Equity of N.Y., Inc. v Azzam (2025 NY Slip Op 05383)

Key Equity of N.Y., Inc. v Azzam

2025 NY Slip Op 05383

Decided on October 3, 2025

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on October 3, 2025
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: CURRAN, J.P., BANNISTER, SMITH, DELCONTE, AND KEANE, JJ.

672 CA 24-01216

[*1]KEY EQUITY OF NEW YORK, INC., PLAINTIFF-RESPONDENT,
v
AHMED AZZAM, AS TRUSTEE OF THE AZZAM FAMILY REVOCABLE TRUST, DEFENDANT-APPELLANT. 

LONGSTREET & BERRY, LLP, FAYETTEVILLE (MICHAEL J. LONGSTREET OF COUNSEL), FOR DEFENDANT-APPELLANT.

 Appeal from a judgment of the Supreme Court, Onondaga County (Joseph E. Lamendola, J.), entered July 24, 2024, in an action arising from a lease of real property. The judgment awarded plaintiff $706 plus interest. 
It is hereby ORDERED that the judgment so appealed from is unanimously affirmed without costs.
Entered: October 3, 2025
Ann Dillon Flynn
Clerk of the Court